BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CR 15-00466 HSG |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| ANTONIO MALIKE DURANT, ) | |
| Defendant. ) | |

    Based on the assertions and agreement of the parties at the December 14, 2015 hearing, as set forth in the parties' filed Stipulation, the Court finds that failing to exclude the time between December 14, 2015, and January 11, 2016, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and availability of defense counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between December 14, 2015, and January 11, 2016, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

Stip. Req. and [Proposed] Order
CR 15-00466 HSG

Accordingly, IT IS HEREBY ORDERED that the time between December 14, 2015, and January 11, 2016, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: December 15, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Stip. Req. and [Proposed] Order
CR 15-00466 HSG